# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BRYAN EDWARD KAYE, | Case No. SA CV 19-00659-JVS (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| RICHARD J. OBERHOLZER et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Date: March 11, 2020

JAMES V. SELNA
United States District Judge